1028

### [Haywood v. Brome]

Anthony Haywood plaint. cont&#x1D43; Iohn Brome in an action of the case for not performing his bargain made about the. 4&#x1D57;&#x02B0; Decemb&#x02B3; ult&#x00B0; of a parcel of Rhum cont&#x1D43; about 246 gallons, w&#x1D9C;&#x02B0; s&#x1D48; Haywood bought at. 21&#x1D48; per gallon and s&#x1D48; Brome was to deliver free of all charges as custom &c&#x1D43; but did not, So that 240 gallons or thereabouts is Seized on by the Collector for Custom in behalfe of the Country whereby the plaint. is damnified about twenty two pounds money with other due damages &c&#x1D43;. . . . The Iury . . . found for the plaint. twenty one pounds in money damage & costs of Court allow&#x1D48; twenty Eight Shillings: This Action was tryed at the last County Court but Judgem&#x1D57; not entred untill this Court according to Law the Defend&#x1D57; being out of the Country.